# UNITED STATES DISTRICT COURT

__Southern__ District of __Mississippi__

Tomas M. Bandaries

V.

Pfizer Inc., Pharmacia Corporation, and G.D. Searle, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:08-cv-222 TSL-JCS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 0 7 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

TO: (Name and address of Defendant)

Pharmacia Corp.
c/o CT Service Corporation
818 West 7th Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul E. Guy, Jr.,
Nancy Guy Armstrong.
ARMSTRONG & GUY LAW OFFICES, LLC
626 Delaware Ave.
McComb, MS 39648

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.T. Noblin                                    4/7/08
CLERK                                          DATE

r lowery

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

Tomas M. Bandaries

V.

Pfizer Inc., Pharmacia Corporation, and G.D. Searle, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:08-cv-222 TSL-JCS

TO: (Name and address of Defendant)

Pfizer, Inc.
c/o CT Service Corporation
818 West 7th Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul E. Guy, Jr.,
Nancy Guy Armstrong.
ARMSTRONG & GUY LAW OFFICES, LLC
626 Delaware Ave.
M$^c$Comb, MS 39648

an answer to the complaint which is served on you with this summons, within x30 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.T. Noblin                                    4/7/08
CLERK                                          DATE

r lowery
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

Tomas M. Bandaries

**SUMMONS IN A CIVIL CASE**

V.

Pfizer Inc., Pharmacia Corporation, and G.D. Searle, LLC

CASE NUMBER:  3:08-cv-222  TSL-JCS

TO: (Name and address of Defendant)

G. D. Searle & Co.
c/o CT Service Corporation
818 West 7th Street
Los Angeles, CA  90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul E. Guy, Jr.,
Nancy Guy Armstrong,
ARMSTRONG & GUY LAW OFFICES, LLC
626 Delaware Ave.
McComb, MS  39648

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J.T. Noblin                     4/7/08
CLERK                          DATE

r lowery
(By) DEPUTY CLERK