# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

April 7, 2008

J.T. NOBLIN
CLERK

245 E. Capitol St., Suite 316
Jackson, MS 39201

TELEPHONE
(601)965-4439



DIVISIONS
SOUTHERN at Biloxi
725 Dr. Martin Luther King Blvd.
Suite 243, Zip 39530

HATTIESBURG at Hattiesburg
701 Main St., Room 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316, Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316, Zip 39201

Michael J. Beck, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, NE #G-255
Washington, D.C.  20002-8000

Re: MDL - 1699 Bextra and Celebrex Marketing, Sales Practices & Product Liability Litigation
Bandaries v. Pfizer Inc., et al.; USDC No. 3:08-cv-222 TSL-JCS

Dear Mr. Beck:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Bextra product liability litigation.

According to the directive of your office, we enclose a copy of the complaint and docket sheet pertaining to this cause. By copy of this letter, we are noticing the attorneys for the parties of this action.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

J. T. NOBLIN, CLERK

By: _____
R. Lowery, Deputy Clerk

Enclosure
cc: Counsel of Record