Surelda

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

April 8, 2008

J.T. Noblin
CLERK
P. O. Box 23552 - Zip 39225-3552
245 East Capitol Street, Suite 316
Jackson, MS 39201

TELEPHONE
(601) 965-4439

*DIVISIONS*
SOUTHERN at Gulfport
2012 15th Street, Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200, Zip 39401

JACKSON at Jackson
P. O. Box 23552 - Zip 39225-3552
245 East Capitol Street, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
P. O. Box 23552 - Zip 39225-3552
245 East Capitol Street, Suite 316
Zip 39201

Dkt- phv req. ltr.

Michael J. Miller, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960

RE: Attorney Admissions

Tomas Madro Bandaries vs. Pfizer, Inc., et al.
Civil Action No. 3:08cv222-TSL-JCS

Dear Attorney Miller:

Our records indicate that you are attorney of record for the above mentioned case. However, we have no record of your admission to the United States District Court for the Southern District of Mississippi in this particular case. Enclosed is a copy of the Local Rules for Attorneys: Admission and Conduct, effective December 1, 2000, for the United States District Courts for the Northern and Southern Districts of Mississippi. Local Rule 83.1(A)(1) provides the regulations for a general admission to practice in this court, assuming you are a member of the Mississippi Bar.

Local Rule 83.1(A)(2) provides the regulations for a non-resident attorney to obtain a *pro hac vice* admission to practice in this court. To apply for admission by *pro hac vice* in a particular case, you would need to file a motion (along with the appropriate documentation regarding your qualifications to practice in this court) in that case. It is a requirement for *PHV* admission that you associate an attorney in the case, who is a member of the bar of this court, in the above mentioned case. The original of your motion and proper documentation would be filed with the clerk's office, along with the admission fee of $100.00. Please indicate on your check, PHV Fee and the case number for which you are applying for admission. You will need to forward a copy of the motion, proper documentation and a proposed order to the magistrate judge handling the case. Any documents which you would need to file in this particular case could be filed simultaneously with your motion.

The Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and other relevant information, such as telephone numbers for district judges and magistrates, may be accessed from the court's internet web site (*www.mssd.uscourts.gov*).

If we can provide additional information in this regard, please let us know.

Yours very truly,

Katherine Alexander
Deputy Clerk

Enc.
cc: Surelda Cook, Deputy Clerk