# The Miller Firm LLC
### TRIAL LAWYERS

Michael J. Miller – VA, MD, DC, PA
Christopher A. Gomez – PA, VA
Gary A. Godard – VA, MD, DC
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
Peter A. Miller – VA
Michele A. DiMartino – PA, NJ
Danielle L. Bridgeforth – VA
Lita Zaso-Bechara – VA
David C. Andersen – CA
David J. Dickens – VA
Kristina M. Gigstad – MN
Jan Seabaugh - VA



**The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960**

Marcia DePalmo Swartz, RN, MFS
Jennifer Miller, RN
Nancy Leftwich, RN
Website: doctoratlaw.com
Telephone:  (540) 672-4224
              (800) 882-2525
Facsimile:  (540) 672-3055

*Of Counsel*
Nancy Guy Armstrong – MS

May 2, 2008

Katherine Alexander, Deputy Clerk
USDC, Southern District of Mississippi
P. O. Box 23552
Jackson, MS  39225-3552

    Re:  <u>Tomas Madro Bandaries v. Pfizer, Inc., et al</u>
         Civil Action No. 3:08cv222-TSL-JCS

Dear Ms. Alexander:

    Thank you for your letter of April 8, 2008.  I apologize for the delay in responding.  I was out of the country for a short period of time.  I understand that this matter has been cleared up.  I was inadvertently added to the pleadings without my prior knowledge by my very dear friends at Armstrong & Guy law firm in McComb, Mississippi.  I do not wish to seek admission in this case and I understand that my name has been withdrawn from the pleadings.  Please let me know if you need any further information.

    With every best wish, I remain

                           Very truly yours,
                           THE MILLER FIRM, LLC

                           Michael J. Miller, Esq.

MJM/thm

cc:  Nancy G. Armstrong, Esq.

Pennsylvania Office: 555 E. City Avenue, Suite 910, Bala Cynwyd, Pennsylvania 19004 - Telephone: (610) 660-0622 - Facsimile: (610) 660-0628
Washington, DC Office: 1101 Pennsylvania Ave., NW, 6th Floor, Washington, DC  20004 - Telephone: (202) 756-0179 - Facsimile: (540) 672-3055
Florida Office: 110 E. Broward Blvd., Suite 1700, Ft. Lauderdale, FL 33301 - Telephone: (954) 315-3895 - Facsimile: (540) 672-3055
California Office: 50 California St., Suite 1500, San Francisco, CA  94111 - Telephone: (415) 277-5972 - Facsimile: (540) 672-3055