CJRA–P, CLOSED, JCS, JURY

# U.S. District Court
# Southern District of Mississippi (Jackson)
# CIVIL DOCKET FOR CASE #: 3:08–cv–00222–TSL–JCS

Bandaries v. Pfizer Inc. et al  
Assigned to: District Judge Tom S. Lee  
Referred to: Magistrate Judge James C. Sumner  
Cause: 28:1332 Diversity–Product Liability  

Date Filed: 04/07/2008  
Date Terminated: 05/12/2008  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Tomas M. Bandaries**     represented by   **Paul E. Guy, Jr.**
NANCY GUY ARMSTRONG, ATTORNEY
P.O. Box 1343
McComb, MS 39648
601/684–8816
Email: paulguy@cableone.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Guy Armstrong**
NANCY GUY ARMSTRONG, ATTORNEY
P.O. Box 1343
McComb, MS 39648
601/684–8816
Email: nancy626@cableone.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**

**Defendant**

**Pharmacia Corporation**

**Defendant**

**G.D. Searle, LLC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2008 | Ï 1 | COMPLAINT against all defendants [JURY DEMAND] ( Filing fee $ 350 receipt number JO24633), filed by Tomas M. Bandaries. (Attachments: # 1 Civil Cover Sheet)(RRL) (Entered: 04/07/2008) |
| 04/07/2008 | Ï 2 | Summons Issued as to Pfizer Inc., Pharmacia Corporation, G.D. Searle, LLC. (RRL) (Entered: 04/07/2008) |
| 04/07/2008 | Ï 3 | |

| | | |
|---|---|---|
| | | Letter sent to MDL Clerk with docket entries and complaint. (RRL) (Entered: 04/07/2008) |
| 04/08/2008 | Ï 4 | Letter sent to (David C. Andersen) on (4/8/08) requesting PHV motion, proposed order and fee. (cwl) (Entered: 04/10/2008) |
| 04/08/2008 | Ï 5 | Letter sent to (Michael J. Miller) on (4/8/08) requesting PHV motion, proposed order and fee. (cwl) (Entered: 04/10/2008) |
| 04/11/2008 | Ï 6 | AMENDED COMPLAINT *(Corrected attorney list)* against all defendants, filed by Tomas M. Bandaries.(Guy, Paul) (Entered: 04/11/2008) |
| 04/14/2008 | Ï | DOCKET ANNOTATION as to #6, pleading not signed; the attorney to refile this document with his correct signature for electronically filed pleadings. (SEC) (Entered: 04/14/2008) |
| 04/14/2008 | Ï 7 | AMENDED DOCUMENT by Tomas M. Bandaries. *(Corrected Attorneys)* (Attachments: # 1 Cover Ltr to Clerk)(Guy, Paul) (Entered: 04/14/2008) |
| 05/06/2008 | Ï 8 | Letter from Michael Miller, Esq. (THR) (Entered: 05/06/2008) |
| 05/12/2008 | Ï 9 | Copy of Conditional Transfer Order (Attachments: # 1 Cover Letter) (THR) (Entered: 05/12/2008) |
| 05/12/2008 | Ï 10 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−101) (THR) (Entered: 05/12/2008) |
| 05/12/2008 | Ï | District Electronically Transfer Out to the District of N/D of California (THR) (Entered: 05/13/2008) |