**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

---

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

---

TOMAS BANDARIES,

    Plaintiff,

v.

CASE NO:   3:08-cv-03641-CRB

PFIZER, INC., PHARMACIA CORPORATION,
AND G.D.SEARLE LLC., et al.,

**NOTICE OF APPEARANCE**

    Defendants.

---

TO: Clerk, District Court for the District of Northern California, San Francisco Division


PLEASE take notice that David C. Andersen is entering an appearance in the above case.

Dated:  August 4, 2008

Respectfully submitted,

THE MILLER FIRM LLC


By: /s/_____
    DAVID C. ANDERSEN


David C. Andersen, CA Bar No. 194095
THE MILLER FIRM LLC
108 Railroad Avenue
Orange VA 22960
Phone:  (540) 672-4224
Fax:  (540) 672-3005

Attorneys for Plaintiffs